

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-11-00210-CR

WALTER EARL TAYLOR, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 56th District Court of Galveston County.    (Tr. Ct. No. 10CR1215).

This Court considered a motion for rehearing filed by appellant, Walter Earl Taylor. On September 3, 2014, we ordered that the motion be granted and that this Court's former judgment of November 29, 2012 be vacated, set aside, and annulled.   We further ordered this Court's opinion of November 29, 2012 withdrawn.

This case is an appeal from the final judgment signed by the trial court on February 3, 2011. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error. Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that this decision be certified below for observance.

Judgment rendered February 19, 2015.

Panel consists of Chief Justice Radack and Justices Bland and Huddle. Opinion delivered by Chief Justice Radack.